STATE of Missouri, Respondent,

v.

**Theodius RICHMOND, Appellant.**

No. ED 101009

Missouri Court of Appeals, Eastern District, Division Four.

FILED: February 24, 2015

Timothy Forneris, 1010 Market Street, Ste. 1100, St. Louis, Missouri 63101, for appellant.

Chris Koster, Andrew C. Hooper, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM

Theodius Richmond ("Appellant") appeals from the trial court's judgment, following a bench trial, convicting him of one count of possession of oxycodone and one count of possession of marijuana. Appellant was sentenced to six months of incarceration in the Medium Security Institution. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

---

1. Section 577.060, R.S.Mo. (2000), as supplemented.

The judgment is affirmed pursuant to Rule 30.25(b).